IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | :: | |
| | :: | CRIMINAL CASE NO. |
| v. | :: | 1:19-cr-00022-WMR-CCB |
| | :: | |
| KEVIN L. KIRTON | :: | |

### ORDER

On January 24, 2019, defendant Kevin L. Kirton was released on a bond under conditions of supervision set in this case, including that he shall not violate federal, state, or local law while on release. On December 3, 2020, the defendant appeared in person with counsel to be arraigned on a second superseding indictment that included new charges of witness tampering and obstruction of justice that allegedly occurred while he was on release, supplying probable cause that he violated the condition of release that he not commit an offense in violation of federal, state, or local law. The government moved for detention and to revoke his bond based on the new criminal conduct charged in the second superseding indictment and presented evidence in support of its motion. Defendant was afforded the opportunity to present evidence, but he informed the Court that he intended to seek new counsel to make a more complete presentation. Defendant may seek to reopen the hearing once the representation issue is resolved.

Upon considering the evidence presented at the hearing and argument of counsel, the Court finds that there is probable cause to believe that defendant has committed violations of federal law involving witness tampering and obstruction of justice based on the conduct charged in the second superseding indictment, and given the nature of these offenses and defendant's conduct while on supervision, the Court finds that he poses a danger to the community and is unlikely to abide by any condition or combination of conditions of release.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion for detention is granted; the bond previously granted the defendant is revoked; the defendant shall be detained without bond; and the defendant is hereby committed to the custody of the United States Marshal.

**IT IS SO ORDERED**, this 3rd day of DECEMBER, 2020.

*/s/ Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE