IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **United States of America** | Criminal Action No. |
| *v.* | 1:19-CR-022-WMR |
| **Kevin L. Kirton** | |

### Motion for Downward Departure under
### Rule 5K1.1 of the United States Sentencing Guidelines

   The United States of America, by Kurt R. Erskine, United States Attorney, and Samir Kaushal, Assistant United States Attorney for the Northern District of Georgia, moves for a downward departure for defendant Kevin L. Kirton under Rule 5K1.1 of the United States Sentencing Guidelines. The government is seeking a one-level downward departure from the total offense level as calculated in the Presentence Investigation Report ("PSR"). In support, the government states:

   1. Kirton provided credible information on potential criminal conduct that assisted the government in obtaining a search warrant. The information Kirton provided was determined to be truthful, complete, and reliable by law enforcement.

   2. In the government's view, Kirton's cooperation efforts constitute substantial assistance under USSG § 5K1.1. The government, pursuant

to paragraph 17 of the Plea Agreement, respectfully requests that the Court downwardly depart one level under USSG § 5K1.1.

                Respectfully submitted,

                KURT R. ERSKINE
                  *United States Attorney*

              /s/ SAMIR KAUSHAL
                  *Assistant United States Attorney*
                Georgia Bar No. 935285
                Samir.Kaushal@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

                Emily Strongwater
                *Attorney for Kevin L. Kirton*

January 21, 2022

                /s/ SAMIR KAUSHAL
                SAMIR KAUSHAL
                *Assistant United States Attorney*